# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5257**                                    **September Term, 2025**

**1:20-cv-02295-EGS**

**Filed On: July 9, 2026** [2182504]

National Association for the Advancement of
Colored People,

        Appellee

    v.

United States Postal Service and Louis
DeJoy, in his official capacity as Postmaster
General of the United States Postal Service,

        Appellants

## O R D E R

    The notice of appeal was filed on July 6, 2026, and docketed in this court on July 9, 2026. It is, on the court's own motion,

    **ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 10, 2026 |
| Docketing Statement Form | August 10, 2026 |
| Entry of Appearance Form (Attorneys Only) | August 10, 2026 |
| Procedural Motions, if any | August 10, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 10, 2026 |
| Statement of Issues to be Raised | August 10, 2026 |
| Transcript Status Report | August 10, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | August 10, 2026 |
| Dispositive Motions, if any | August 24, 2026 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5257**                    **September Term, 2025**

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 10, 2026 |
| Entry of Appearance Form (Attorneys Only) | August 10, 2026 |
| Procedural Motions, if any | August 10, 2026 |
| Dispositive Motions, if any | August 24, 2026 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
              Lynda M. Flippin
              Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Request to Enter Appellate Mediation Program (Optional)</u>
    <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
    <u>Stipulation to be Placed in Stand-By Pool of Cases (Optional)</u>