# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5257**                                        **September Term, 2025**

**1:20-cv-02295-EGS**

**Filed On:** July 10, 2026

National Association for the Advancement of
Colored People,

        Appellee

      v.

United States Postal Service and Louis
DeJoy, in his official capacity as Postmaster
General of the United States Postal Service,

        Appellants

**BEFORE:**    Henderson, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that appellee file a response to the motion by 5:00 p.m. on Tuesday, July 14, 2026, and that appellants file any reply by 5:00 p.m. on Thursday, July 16, 2026.

### Per Curiam

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

           BY:   /s/
                     Selena R. Gancasz
                     Deputy Clerk