# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5257** **September Term, 2026**

**1:20-cv-02295-EGS**

**Filed On:** October 1, 2026

National Association for the Advancement of Colored People,

Appellee

v.

United States Postal Service and Louis DeJoy, in his official capacity as Postmaster General of the United States Postal Service,

Appellants

**BEFORE:** Millett, Walker, and Childs, Circuit Judges

## **O R D E R**

Upon consideration of the motion to vacate and dismiss, the opposition thereto, and the reply, it is

**ORDERED** that the motion to vacate and dismiss be granted. Because appellee has effectively abandoned its underlying motion to enforce as to the 2026 general election, we dismiss this appeal as moot, vacate the district court's July 1, 2026, memorandum opinion and order, and remand the case to the district court with instructions to dismiss the motion to enforce as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**